JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jon Carpenter,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Lawndale, LLC, a California Limited Liability Company; and Does 1-10,<br><br>　　　　Defendants. | Case: CV13-7635-GAF (AJWx)<br><br>**STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1); & ORDER THEREON** |

Having read the foregoing Stipulation and good cause appearing therefore, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: November 10, 2014

**JS-6**

_____
HONORABLE GARY A. FEESS
UNITED STATES DISTRICT COURT JUDGE

1